[No. 66249-0-I.   Division One.   April 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MASSIMO MURA,
*Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-01092-3, Steven J. Mura, J., entered November 10, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[No. 66315-1-I.   Division One.   April 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD ALAN SMITH,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06196-3, Ronald Kessler, J., entered November 1, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Dwyer, JJ.

[No. 66354-2-I.   Division One.   April 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVIN ANDREW
WINTCH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01139-5, Anita L. Farris, J., entered November 30, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Schindler, JJ.

[No. 66407-7-I.   Division One.   April 16, 2012.]

ANGELA HARRIS, *Appellant*, v. PROVIDENCE EVERETT MEDICAL
CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-30050-3, Julie A. Spector, J., entered November 12, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Ellington, J., concurred in by Appelwick and Schindler, JJ.